[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 28, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-16539
Non-Argument Calendar

_____

D. C. Docket No. 89-00004-CR-T-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PRESTON LAMAR WILLIAMS,
a.k.a. Cowboy,
a.k.a. Preston Lee,
a.k.a. Space Cowboy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(May 28, 2009)

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Preston Lamar Williams in this appeal from the district court's denial of Williams's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED**.